IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII GLAZIERS TRUST FUNDS (Health & Welfare Trust Fund, Pension Trust Fund, Annuity Trust Fund, Apprenticeship & Training Trust Fund, Vacation & Holiday Trust Fund, and Stabilization Trust Fund), by their Trustees Al Linton, Carl Seyfer, Dwayne Arelliano, Jody Boeringa, John Mathias, Ryden Valmoja, Sean Cordero and Wade Shigemasa,<br><br>    Plaintiffs,<br><br> vs.<br><br>ISLAND GLAZING, INC., formerly known as BIG ISLAND WINDOWS, INC.,<br><br>    Defendant. | CV 13-00448 SOM-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

  Findings and Recommendation having been filed on February 11, 2014 and served on all parties on February 12, 2014, and no objections having been filed by any party,

  IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Default Judgment Against Defendant Island Glazing, Inc., formerly known as Big Island Windows, Inc." are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, March 3, 2014.



    /s/ Susan Oki Mollway
    Susan Oki Mollway
    Chief United States District Judge

Hawaii Glaziers Trust Funds v. Island Glazing, Inc., Civ. No. 13-00448 SOM/RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION